[No. 7875-2-III. Division Three. April 16, 1987.]

DONALD J. WOOD, ET AL, *Appellants*, v. GERALD E. GIBBONS, ET AL, *Defendants*, AMERICAN HOSPITAL SUPPLY CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 35624, Fred Van Sickle, J., entered August 29, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 8850-9-II. Division Two. April 17, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY EDGAR WILLIAMSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85-1-00131-9, Milton R. Cox, J., entered June 4, 1985. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.

[No. 8077-0-II. Division Two. April 17, 1987.]

ALMA MCDONALD, *Individually and as Personal Representative, Appellant*, v. JOHNS-MANVILLE CORPORATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 80-2-00689-6, James I. Maddock, J., entered August 17, 1984. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.